# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

135201

MARTIN SHAINA, Personal Representative
of the Estate of MARVIN SHAINA, Deceased,
        Plaintiff-Appellee,

v

STEVEN WESLEY COMPTON,
        Defendant,

and

HARRINGTON, INC., d/b/a
THE TOWN PUMP,
        Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135201
COA: 274045
Wayne CC: 05-522388-NO

On order of the Court, the application for leave to appeal the September 25, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

p0211

Clerk